UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MENDEZ-BAROCIO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RICHARD VALINKEN, et al.,<br><br>　　　　　Respondents. | Case No.: 1:19-cv-01319-SKO (HC)<br><br>ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR EXTENSION OF TIME<br><br>[Doc. 13]<br><br>[DEADLINE: December 23, 2019] |

Petitioner is an immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On November 15, 2019, Respondent filed a first request for an extension of time to file a response to the petition. (Doc. 13.) Good cause having been presented and good cause appearing therefor, Respondent is GRANTED thirty (30) days to and including December 23, 2019, to file a response.

IT IS SO ORDERED.

Dated: **November 18, 2019**　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1