UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MENDEZ-BAROCIO,<br><br>Petitioner,<br><br>v.<br><br>RICHARD VALINKEN, et al.,<br><br>Respondents. | No. 1:19-cv-01319-SKO (HC)<br><br>**ORDER DENYING AS MOOT PETITIONER'S MOTION TO ACCEPT LATE REPLY TO GOVERNMENT'S RESPONSE (Doc. 16)**<br><br>**ORDER CONSTRUING MOTION TO ALLOW SUPPLEMENT AS REPLY TO ANSWER [Doc. 17]**<br><br>**ORDER DIRECTING RESPONDENT TO FILE COMPLETED CONSENT/DECLINE FORM**<br><br>**(FOURTEEN-DAY DEADLINE)** |

Petitioner is an immigration detainee proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 20, 2019, Petitioner filed a habeas petition in this Court. (Doc. 1.) On September 25, 2019, the Court issued a scheduling order directing Respondent to file a response and providing Petitioner the option to file a reply. (Doc. 9.) On December 23, 2019, Respondent filed a response to the petition. (Doc. 15.) Pursuant to the Court's scheduling order, the deadline to file a reply to the response was January 22, 2020.

1

On January 22, 2020,[1] Petitioner filed a motion to accept a late reply to the answer, as well as a motion entitled "Motion to Allow to Supplement and/or Amend Reply to the Government's Response to Petition for Writ of Habeas Corpus." (Docs. 16, 17.) Petitioner's motion to accept a late reply will be denied as moot, since the filing is not untimely. Petitioner's second motion to allow supplement, despite its caption, appears to be the actual reply, insofar as it contains Petitioner's arguments in response to Respondent's answer. Therefore, the Court will construe the motion as Petitioner's reply. Briefing is now concluded in this matter.

**ORDER**

For the foregoing reasons, the Court ORDERS as follows:

1) Petitioner's motion to accept late reply is DENIED AS MOOT;

2) Petitioner's pleading entitled "Motion to Allow to Supplement and/or Amend Reply to the Government's Response to Petition for Writ of Habeas Corpus" is CONSTRUED as Petitioner's reply to Respondent's answer; and

3) Respondent is DIRECTED to submit, within fourteen (14) days of the date of service of this Order, a completed consent/decline form indicating whether Respondent consents or declines to consent to the jurisdiction of the Magistrate Judge.

IT IS SO ORDERED.

Dated: **January 29, 2020**          /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Although the motions were filed in this Court on January 27, 2020, they were signed and dated by Petitioner on January 22, 2020. Under the mailbox rule, a pro se litigant's pleading is deemed filed on the date of its submission to prison authorities for mailing, as opposed to the date of its receipt by the court clerk. Houston v. Lack, 487 U.S. 266, 276 (1988). Therefore, the Court deems the motions filed on January 22, 2020, the date Petitioner signed and presumably handed his documents to prison authorities for mailing.