UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN MENDEZ-BAROCIO,

                Petitioner,

      v.

RICHARD VALINKEN, et al.,

                Respondents.

No. 1:19-cv-01319-SKO (HC)

**ORDER DENYING AS MOOT PETITIONER'S MOTION TO ALLOW LATE FILING EXHIBIT**

**(Doc. 24)**

      Petitioner is an immigration detainee proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

      On February 3, 2020, the Court issued an order denying the petition for writ of habeas corpus. (Doc. 22.) On the same date, Petitioner filed a motion for leave to allow the late filing of an exhibit. (Doc. 24.) Since the petition has been denied, Petitioner's motion is now moot. The Court further notes that the exhibit has no relevance to the Court's decision to deny the petition.

      Accordingly, Petitioner's motion is DENIED as moot.

IT IS SO ORDERED.

Dated:   **February 5, 2020**             /s/ *Sheila K. Oberto*

                                     UNITED STATES MAGISTRATE JUDGE